UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEVON,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA<br>SUPERIOR - SUPREME COURT,<br><br>    Respondent. | No. CV 21-6810-TJH (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court accepts the findings and recommendation in the Report.

    IT IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted.

    IT IS FURTHER ORDERED that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action.

DATED: SEPTEMBER 21, 2022

                                           TERRY J. HATTER, JR.
                                           United States District Judge