JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEVON,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA<br>SUPERIOR - SUPREME COURT,<br><br>    Respondent. | NO. CV 21-6810-TJH (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed.

DATED: SEPTEMBER 21, 2022

TERRY J. HATTER, JR
United States District Judge